■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES MACK, Appellant. [2 NYS3d 366]—

Appeal by the defendant from a judgment of the Supreme Court, Nassau County (Gulotta, J.), rendered July 9, 2013, convicting him of criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's valid waiver of the right to appeal (*see People v Lopez*, 6 NY3d 248, 255 [2006]; *People v Callahan*, 80 NY2d 273, 280 [1992]) precludes review of his claim that the sentence imposed upon his violation of a plea condition was excessive (*see People v Rosas*, 34 AD3d 605 [2006]; *People v Ward*, 25 AD3d 727 [2006]; *People v Miles*, 268 AD2d 489 [2000]). Dillon, J.P., Chambers, Austin and LaSalle, JJ., concur.